UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULLAH LAND,

      Petitioner,                                  Civil Action No.
                                                       14-CV-11683

v.

                                                       HON. MARK A. GOLDSMITH

LLOYD RAPELJE,

      Respondent.

_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Mark A. Goldsmith, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 19, 2014.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that petitioner is GRANTED Leave to Appeal <u>In Forma Pauperis</u>.

Dated at Flint, Michigan, this 19th day of June, 2014.

Dated:  June 19, 2014                          s/Mark A. Goldsmith
         Flint, Michigan                            MARK A. GOLDSMITH
                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 19, 2014.

                                                              s/Deborah J. Goltz
                                                              DEBORAH J. GOLTZ
                                                              Case Manager